# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHALE E. ADOLPH            JUDGMENT IN A CIVIL CASE

      v.

MICHAEL J. ASTRUE,            CASE NUMBER: C06-5622RJB
Commissioner of Social Security

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court adopts the Report and Recommendation. The administrative decision is AFFIRMED.

    May 9, 2007                                                 BRUCE RIFKIN
                                                                           Clerk

                                                                        /s/Dara L. Kaleel
                                                                        By Dara L. Kaleel, Deputy Clerk